Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
RY MANAGEMENT CO., INC., i/s/h/a RY
MANAGEMENT (hereinafter referred to
as "RY")

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X    21 MC 102 (AKH)

MARIA DEJESUS,                                         Index No.:  08-CV-2605

                            Plaintiff(s),             **NOTICE OF ADOPTION OF ANSWER
                                                      TO MASTER COMPLAINT**

        -against-                                      **ELECTRONICALLY FILED**

90 CHURCH STREET LIMITED
PARTNERSHIP, *et al.*,

                            Defendant(s).
-------------------------------------------------------X

        PLEASE TAKE NOTICE that Defendant, RY MANAGEMENT CO., INC.,

i/s/h/a RY MANAGEMENT (hereinafter referred to as "RY"), by its attorneys,

McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the

Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in

the above-referenced action, hereby adopts its Answer to Master Complaint dated

October 10, 2007, which was filed in the matter of *In Re World Trade Center Lower

Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

        WHEREFORE, the defendant, RY MANAGEMENT CO., INC., i/s/h/a RY

MANAGEMENT (hereinafter referred to as "RY"), demands judgment dismissing the

above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court

deems just and proper.

Dated: New York, New York
      May 22, 2008

                    Yours etc.,

                    McGIVNEY & KLUGER, P.C.
                    Attorneys for Defendant
                    RY MANAGEMENT CO., INC., i/s/h/a RY
                    MANAGEMENT (hereinafter referred to as "RY"),

                    By: _____
                        Richard E. Leff (RL-2123)
                        80 Broad Street, 23rd Floor
                        New York, New York 10004
                        (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel