UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
IN RE WORLD TRADE CENTER LOWER           :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION       :
                                                                 :
-----------------------------------------------------------------X
MARIA DEJESUS,                                       :   08-CV-02605-AKH
                                                                 :
                                    Plaintiff,          :
                                                                 :   **APPEARANCE**
        - against -                                     :
                                                                 :   **ELECTRONICALLY FILED**
90 CHURCH STREET LIMITED                     :
PARTNERSHIP, *et al.*,                              :
                                                                 :
                                    Defendants.    :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York                    DICKSTEIN SHAPIRO LLP
       June 26, 2008

                                        By:      /s/ Judith R. Cohen
                                        _____
                                        Judith R. Cohen (JC-8614)
                                        1177 Avenue of the Americas
                                        New York, New York 10036
                                        Phone: (212) 277-6500
                                        Fax: (212) 277-6501

                                        *Attorney for Defendant*
                                        MERRILL LYNCH & CO., INC.