Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendant Merrill Lynch & Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
IN RE WORLD TRADE CENTER LOWER                               : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION                           :
                                                             :
                                                             :
                                                             :
                                                             :
-------------------------------------------------------------X
MARIA DEJESUS,                                               : 08-CV-02605-AKH
                                                             :
                           Plaintiff,                        : **NOTICE OF ADOPTION**
                                                             : **OF ANSWER**
     - against -                                             : **TO MASTER COMPLAINT**
                                                             : **BY MERRILL LYNCH**
90 CHURCH STREET LIMITED                                     :
PARTNERSHIP *et al.*,                                        : **ELECTRONICALLY FILED**
                                                             :
                           Defendants.                       :
-------------------------------------------------------------X

       PLEASE TAKE NOTICE THAT Defendant Merrill Lynch & Co., Inc. ("Merrill Lynch"), as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts Merrill Lynch's Answer to Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

DOCSNY-314096

2

WHEREFORE, Merrill Lynch demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       June 26, 2008

DICKSTEIN SHAPIRO LLP

By:    /s/ Judith R. Cohen
_____
Robert J. Higgins (RH-6477)
Judith R. Cohen (JC-8614)
1177 Avenue of the Americas
New York, New York 10036
Phone: (212) 277-6500
Fax: (212) 277-6501

*Attorneys for Defendant*
MERRILL LYNCH & CO., INC.