x:\tc52476\adoption

WILLIAM D. JOYCE, III (WDJ9899)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X
MARIA DEJESUS,

       Plaintiff,       NOTICE OF
                  ADOPTION
  -against-
                  08 CIV 2605

90 CHURCH STREET LIMITED PARTNERSHIP,
ALAN KASMAN DBA KASCO, AMBIENT GROUP,
INC., AMG REALTY PARTNERS, LP, ANN TAYLOR
STORES CORPORATION, BATTERY PARK CITY
AUTHORITY, BELFOR USA GROUP, INC.,
BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BOARD OF
EDUCATION OF THE CITY OF NEW YORK, BOARD
OF MANAGERS OF THE HUDSON VIEW EAST
CONDOMINIUM, BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., DEPARTMENT OF
BUSINESS SERVICES, ENVIROTECH CLEAN AIR,
INC., GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
HUDSON VIEW TOWERS ASSOCIATES, INDOOR
ENVIRONMENTAL TECHNOLOGY, INC., JONES
LANG LASALLE AMERICAS, INC., JONES LANG
LASALLE SERVICES, INC., KASCO RESTORATION
SERVICES CO., LIBERTY VIEW ASSOCIATES, L.P.,
MERRILL LYNCH & CO, INC., NEW YORK CITY

SCHOOL CONSTRUCTION AUTHORITY, NOMURA
HOLDING AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., R Y MANAGEMENT CO.,
INC., RELATED BPC ASSOCIATES, INC., RELATED
MANAGEMENT CO., LP, RY MANAGEMENT,
STRUCTURE TONE (UK), INC., STRUCTURE TONE
GLOBAL SERVICES, INC., THE RELATED
COMPANIES, LP, THE RELATED REALTY GROUP,
INC., TOSCORP INC., TRIBECA LANDING L.L.C.,
WESTON SOLUTIONS, INC., WFP TOWER B CO.
G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP
TOWER B. CO, L.P., WFP TOWER D CO. G.P. CORP.,
WFP TOWER D HOLDING CO. I L.P., WFP TOWER D
HOLDING CO. II L.P., WFP TOWER D HOLDING I
G.P. CORP., AND WFP TOWER D. CO., L.P., ET AL.,

      Defendants.

---------------------------------------------------------------------X

  PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

  To the extent that STRUCTURE TONE's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

  WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment

dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
July 15, 2008

                                                    /s/ William D. Joyce, III
                                                  WILLIAM D. JOYCE, III (WDJ 9899)
                                                  BARRY, McTIERNAN & MOORE
                                                  Attorneys for Defendants
                                                  STRUCTURE TONE, INC. s/h/a
                                                  STRUCTURE TONE (UK), INC. and
                                                  STRUCTURE TONE GLOBAL SERVICES, INC.
                                                  2 Rector Street – 14th Floor
                                                  New York, New York 10006
                                                  (212) 313-3600